NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD R. NIELSEN,                    )
                                      )
            Appellant,                )
                                      )
v.                                    )     Case No. 2D18-3176
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed February 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.


PER CURIAM.

        Affirmed.  See McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013);

Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So. 2d 747

(Fla. 2d DCA 2008); Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Haynes v.

State, 106 So. 3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA

2002).


KELLY, MORRIS, and SLEET, JJ., Concur.